DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEPHEN CORY MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0643

_____

March 25, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.